JUAN CUPELES CINTRÓN, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN GERMÁN, recurrido.

*Número:* G–62–18  *Resuelto:* 19 de marzo de 1963

*José Martín Betancourt,* abogado del recurrente; el Registrador recurrido compareció por escrito.

Sala integrada por el Juez Asociado Señor Pérez Pimentel como Presidente de Sala y los Jueces Asociados Señores Rigau y Dávila.

PER CURIAM: Rafael Lugo Torres compró una finca en el año 1955 por el precio de $8,500. En el Registro aparece que la venta se hacía "con todos sus usos, servidumbres, y pertenencias y cuanto le es inherente, sin limitación alguna, incluyendo las plantaciones existentes". Siete años más tarde Lugo vende la finca al recurrente por $6,000 "con todos sus usos, derechos y acciones sin reserva ni limitación de clase alguna", pero no se hace mención a las plantaciones.

Presentada para inscripción la escritura que formalizó el contrato, el Registrador denegó su inscripción "por observarse que la misma fue adquirida por el vendedor por el precio de $8,500 y se trasmite solo por $6,000 o sea una diferencia de $2,500 entre el precio de adquisición y el de traspaso, cuya diferencia puede constituir una donación de conformidad con la Ley Núm. 303 de 1946, no habiéndose acreditado el pago o exención de la correspondiente contribución sobre donación".

▪ ■ Sin entrar a considerar si una venta de un bien inmueble por menos del valor en que fue adquirido constituye una donación sujeta a la contribución que impone la ley invocada por el Registrador, lo cierto es que en el presente caso del Registro surge que en la primera transacción se incluian las plantaciones las que no forman parte del segundo contrato.

*Se revocará la nota recurrida y se procederá a la inscripción del contrato según se solicita.*